# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

     Wesley Howard

     Patricia E Howard

          Debtor(s)

Case No. 16-23576

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/22/2016.

2) The plan was confirmed on 10/14/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2017.

5) The case was dismissed on 03/16/2018.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $36,665.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $6,880.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$6,880.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,380.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $345.51 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,725.51** |

Attorney fees paid and disclosed by debtor:     $620.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARMOR SYSTEMS CORP | Unsecured | 1,571.00 | 1,571.69 | 1,571.69 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 1,123.00 | 1,216.47 | 1,216.47 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,364.00 | 1,364.32 | 1,364.32 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 6,732.00 | 6,732.63 | 6,732.63 | 0.00 | 0.00 |
| BMO HARRIS BANK NA | Unsecured | 1,705.00 | 897.84 | 897.84 | 0.00 | 0.00 |
| BMO HARRIS BANK NA | Unsecured | 0.00 | 991.92 | 991.92 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,593.00 | 1,026.91 | 1,026.91 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 711.39 | 711.39 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 14,994.00 | 1,577.99 | 1,577.99 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | NA | 2,717.42 | 2,717.42 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 0.00 | 3,267.21 | 3,267.21 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 3,550.00 | 1,560.90 | 1,560.90 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | 387.32 | 387.32 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,203.00 | 842.41 | 842.41 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 815.00 | 822.19 | 822.19 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 1,233.00 | 1,232.45 | 1,232.45 | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 1,355.00 | 1,355.67 | 1,355.67 | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 347.00 | 972.42 | 972.42 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 18,220.00 | 16,571.11 | 16,571.11 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 0.00 | 1,649.76 | 1,649.76 | 0.00 | 0.00 |
| EDELSTEIN & EDELSTEIN | Unsecured | 296.00 | 296.00 | 296.00 | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Unsecured | 172.00 | 140.29 | 140.29 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JANUSONIS & SZUDAREK LAW OFFI | Unsecured | 2,249.00 | 2,249.00 | 2,249.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 323.19 | 323.19 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 0.00 | 982.62 | 982.62 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 0.00 | 2,401.18 | 2,401.18 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 2,825.00 | 2,012.57 | 2,012.57 | 359.98 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,062.00 | 3,062.44 | 3,062.44 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,826.00 | 6,588.64 | 6,588.64 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 7,644.00 | 6,823.67 | 6,823.67 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,589.00 | 2,873.13 | 2,873.13 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 530.00 | 564.77 | 564.77 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,478.00 | 1,970.99 | 1,970.99 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 818.00 | 932.55 | 932.55 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 821.45 | 821.45 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 2,385.24 | 2,385.24 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 711.08 | 711.08 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL/TOLEDC | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| SUSAN LOGGINS & ASSOCIATES PC | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| TARGET CORP RECOVERY SERVICE! | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| TOWER LOAN | Unsecured | 2,534.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYSICIA | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| TRAC/CBSD | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| RODALE BOOKS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ROSEANN IVANOVICH | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| ROY SABUCO/SABUCO BECK HANSE | Unsecured | 2,328.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| M3 FIN SRV/UNIV OF CHIC PHYS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MED SOURCE LLC | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST RESPIRATORY | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ODPT/CBSD | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| LINCOLN WAY MEDICAL | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| LISA KINSNER | Unsecured | 3,068.00 | NA | NA | 0.00 | 0.00 |
| BCBS ILLINOIS INSURANCE PREMIUI | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS OF JOL | Unsecured | 93.59 | NA | NA | 0.00 | 0.00 |
| CENTER FOR NEUROLOGICAL DISE/ | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 4,203.00 | NA | NA | 0.00 | 0.00 |
| 6 & 49 STORAGE | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| DYSTRUP HOSTERT & JAROT PC | Unsecured | 9,494.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HINES VS HOSPITAL | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| EXAGEN DIAGNOSTICS | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| FOOD NETWORK MAGAZINE/HEARS | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| FORD CREDIT | Unsecured | 1,737.00 | NA | NA | 0.00 | 0.00 |
| CREST FINANCIAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| DANAHER FAMILY MEDICINE | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| GREATER CHICAGO SPECIALITY PH' | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| HARRIS NA/BMO HARRIS BANK | Unsecured | 882.00 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| HEDGES CLINIC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD/HSN FLEXPAY | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ICE MOUNTAIN READY REFRESH | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INDIANA PHYSICIANS SERVICES | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| JERRY BAKER | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| JHL IMAGING | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 1,764.00 | 1,236.54 | 1,236.54 | 221.17 | 0.00 |
| SPRINT CORP | Unsecured | 587.00 | 952.88 | 952.88 | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 2,806.00 | 2,806.46 | 2,806.46 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | 138.84 | 138.84 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 3,213.00 | 3,213.00 | 3,213.00 | 2,423.20 | 150.14 |
| TOWER LOAN OF KANKAKEE | Unsecured | 1,781.00 | 2,103.35 | 2,103.35 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,249.11 | $581.15 | $0.00 |
| Debt Secured by Vehicle | $3,213.00 | $2,423.20 | $150.14 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,462.11** | **$3,004.35** | **$150.14** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$86,597.79** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,725.51 |
| Disbursements to Creditors | $3,154.49 |
| **TOTAL DISBURSEMENTS :** | **$6,880.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/17/2018                         By: /s/ Glenn Stearns
                                               Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**